```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON CRADDOCK              :        CIVIL ACTION
                              :
      v.                      :
                              :
DARBY BOROUGH, et. al.        :        NO. 12-4519
                              :
```

ORDER

AND NOW, this 22nd day of April, 2015, upon consideration of the defendants' partial motion for summary judgment (Docket No. 29) and the opposition and reply thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED.  Judgment is entered for the defendants and against the plaintiff as to the plaintiff's claims under 28 U.S.C. § 1983, 28 U.S.C. § 1985, Pennsylvania civil conspiracy law, and the Pennsylvania Human Relations Act.

IT IS FURTHER ORDERED that the plaintiff's remaining claims for assault and battery against the defendants Robert Smythe and Bryan Baker are DISMISSED without prejudice.

                              BY THE COURT:


                              _/s/ Mary A. Mclaughlin__
                              MARY A. McLAUGHLIN, J.